JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CONNIE BLAIR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GREAT-WEST HEALTHCARE OF CALIFORNIA, INC. GREAT-WEST LIFE INSURANCE CO.; AND DOES 1 THROUGH 100,<br><br>　　　　Defendants. | Civil Action No. SACV 08-275 AG (ANx)<br><br>HON. ANDREW J. GUILFORD<br><br>ORDER FOR DISMISSAL |

On joint motion of the parties and good cause appearing, it is hereby ordered that the above captioned matter is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

DATED: December 04, 2008

_____
HON. ANDREW J. GUILFORD
United States District Judge

41329235.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES